MOED-0001     DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

BNSF RAILWAY COMPANY )
)
Plaintiff(s), )
)
vs. ) Case No. 2:23-CV-00008-SRW
)
DYNO NOBEL  INC. )
)
)
Defendant(s). )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Dyno Nobel Inc. hereby discloses the following:

1.  If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.  Whether it is publicly traded, and if it is, on which exchange(s):
    Dyno Nobel Inc.'s ultimate parent company, Incitec Pivot Limited, is publicly traded on the Australian Stock Exchange.

b.  Its parent companies or corporations (if none, state "none"):
    Dyno Nobel Holdings IV LLC is the direct parent of Dyno Nobel Inc. Dyno Nobel Inc.'s ultimate parent company, through certain holding companies, is Incitec Pivot Limited, an Australian corporation.

c.  Its subsidiaries not wholly owned by the subject (if none, state "none"):
    None.

d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
    Incitec Pivot Limited is publicly traded on the Australian Stock Exchange.

2.  If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    Dyno Nobel Inc. is a Delaware Corporation.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

    By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*William S. Thomas*

| |
|---|
| Signature (Counsel for Plaintiff/Defendant) |
| Print Name: William S. Thomas |
| Address: 1717 Park Avenue |
| City/State/Zip: St. Louis, MO 63104 |
| Phone: 314-257-9810 |

### Certificate of Service

    I hereby certify that a true copy of the foregoing Disclosure Statement was served by electronic notice on all parties on March 16, 2023.

*William S. Thomas*
Signature